UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HYUNDAI MOTOR FINANCE COMPANY           Plaintiff,<br><br>-v-<br><br>FALCON MOTORS, INC., SAEID TEHRANI, ARIEL TEHRANI, EDMOND GEULA, ET AL           Defendant. | 08 CIV. 1262<br><br>Rule 7.1 Statement<br><br>JUDGE KARAS |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

HYUNDAI MOTOR FINANCE COMPANY  (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Hyundai Motor America, a California corporation, is the majority owner of Hyundai Motor Finance Company. Kia Motors America, also owns a portion of their shares.



Date: February 7, 2008

Signature of Attorney

Attorney Bar Code: FJ9396