# EMOUNA & MIKHAIL, PC

ATTORNEYS AND COUNSELORS AT LAW
110 OLD COUNTRY ROAD, SUITE 3
MINEOLA, NEW YORK 11501
TEL (516) 877-9111
FAX (516) 877-9112

**MEMO ENDORSED**

Matin Emouna
Admitted in NY, NJ, CT

Rashel Mikhail
Admitted in NY & CA

February 13, 2008

Honorable Kenneth Karas
United States District Court
Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Re: Hyundai Motor Finance Company v. Falcon Motors, Inc et. Al.
Case Number: 08 –CIV-1262

Dear Honorable Sir:

Please be advised that this firm has been retained to represent FALCON MOTORS INC., SAEID TEHRANI, ARIEL TEHRANI, AND EXECUTIVE MOTORS LTD, in the aforementioned case. Attached hereto, for your reference please see a copy of Notice of Appearance.

As per my numerous conversations with Matthew Jackson the attorney for the plaintiff, over the past twenty four (24) hours, please take notice that the parties are taking every reasonable step necessary to amicably and expeditiously settle this dispute without the necessity of protracted litigation. Based on this fact, in addition to the fact that I was just retained yesterday morning, it is respectfully requested that you provide the parties a brief extension to February 14, 2008, 3:00 PM, to either submit their Opposition and Answer or in the alternative a Settlement. I have contacted Mr. Jackson, and he has provided that he will consent to this short adjournment.

Thank you very much for your anticipated cooperation and should you have any further questions, please do not hesitate to contact me.

Very truly yours,

Matin Emouna, Esq.

ME/mm
Enclosures: Notice of Appearance
cc:    F. Matthew Jackson

Granted.

SO ORDERED

KENNETH M. KARAS U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HYUNDAI MOTOR FINANCE COMPANY ) | Hon. Kenneth M. Karas |
| Plaintiff ) | Case Number: 08 –CIV-1262 |
| ) | NOTICE OF APPEARANCE |
| -AGAINST- ) | |
| FALCON MOTORS INC., SAEID TEHRANI ARIEL TEHRANI, EDMOND GUELA AND EXECUTIVE MOTORS LTD. ) | |
| DEFENDANTS ) | |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

You are hereby notified that I, MATIN EMOUNA, Esq., an attorney duly licensed to practice in the State of New York, appear for FALCON MOTORS INC., SAEID TEHRANI, ARIEL TEHRANI, AND EXECUTIVE MOTORS LTD, in the above entitled action. I further certify that I am admitted to practice in this Court and am in good standing.

Dated:     Mineola, New York
           February 12, 2008

*/s/ Matin Emouna*

MATIN EMOUNA, ESQ. (me3933)
EMOUNA & MIKHAIL, PC
Attorney for Defendants
110 Old Country Rd., Suite 3
Mineola, New York 11501
Tel: (516)877-9111
Fax: (516) 877-9112