# DEILY, MOONEY & GLASTETTER, LLP
### Attorneys at Law

- Jonathan D. Deily
- Martin A. Mooney
- *† Mark D. Glastetter
- * John Monteroni, Jr.
- •* F. Matthew Jackson
- ◊ Joann Sternheimer

— Not admitted in New York
* Admitted in Massachusetts
† Admitted in Kentucky
• Admitted in Washington D.C.
' Admitted in Pennsylvania
◊ Admitted in New Jersey
# Admitted in Rhode Island

8 Thurlow Terrace
Albany, New York 12203
Telephone (518) 436-0344
Facsimile (518) 436-8273
lawyers@deilylawfirm.com
http://www.deilylawfirm.com

Massachusetts/New Jersey Offices
258 Harvard Street #331, Brookline, Massachusetts 02446
Tel: (617) 739-4224; Fax: (617) 232-2302
One Greentree Centre, 10000 Lincoln Drive East - Suite 201, Marlton, NJ 08053
Tel: (856) 988-5555, Fax: (856) 596-1923

** Richard C. Maider
Leigh A. Hoffman
*◊~ Linda S. Fossi
* Bonnie S. Baker
-# Douglas J. Rose
*◊~ Brian E. Caine

```
┌─────────────────────────┐
│ USDS SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #: _____  │
│ DATE FILED: _____  │
└─────────────────────────┘
```

February 15, 2008

**VIA FACSIMILE**

Chambers Hon. Keneneth M. Karas
United States District Court
US Courthouse
300 Quarropas Street
White Plains, New York 10601

## MEMO ENDORSED

Re:  Hyundai Motor Finance Company v. Falcon Motors, Inc., et. al.
     Civil Action No. 08-CIV-1262
     Our File No. L-HYUNDAI.08.00631

Dear Judge Karas:

Enclosed for your consideration, please find a proposed Stipulated Interim Order Regarding Motion for Prejudgment Order of Seizure concerning the above referenced matter. Provided that the Stipulated Interim Order meets with your approval, kindly execute same and return a copy of the Stipulated Interim Order to my attention, via facsimile. Provided that the Stipulated Interim Order is acceptable to Your Honor, the hearing that is presently scheduled for February 19, 2008 at 10:00 a.m. may be cancelled.

Please note that the parties are requesting that you insert an appropriate date in paragraph 16 of the Stipulated Interim Order. We hereby request that such date be between March 14 and March 31, 2008.

Thank you for your anticipated attention to this matter.

With all due respect,

DEILY, MOONEY & GLASTETTER, LLP

F. Matthew Jackson
mjackson@deilylawfirm.com

FMJ/lma
Attachment
cc:  Matin Emouna, Esq. (via facsimile)

*[Handwritten endorsement:]* The February 19, 2008 hearing is cancelled. So ordered. /s/ 2/15/08