UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HYUNDAI MOTOR FINANCE COMPANY,
                          Plaintiff(s),         CASE NO. 08 CIV. 1262

  -against-

                                            **AFFIDAVIT OF SERVICE**

FALCON MOTORS, INC., **ET AL.**,
                          Defendant(s).
------------------------------------------------------------X
STATE OF NEW YORK    )
                         s.s :
COUNTY OF NEW YORK  )

     JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
     That on the 8th day of February, 2008, at approximately 1:16 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION and VERIFIED COMPLAINT FOR REPLEVIN AND MONEY DAMAGES together with ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER; MOTION FOR ORDER TO SHOW CAUSE; AFFIDAVIT OF SAM FROBE and REPLEVIN BOND** upon Falcon Motors, Inc. at 744 North Bedford Road, Mount Kisco, New York 10549 by personally delivering and leaving the same with Arit Tehrani, who is authorized by appointment to accept service.
     Arit Tehrani is a brown-skinned male, approximately 40 years of age, is approximately 5 feet and 9 inches tall, weighs approximately 140 pounds, with short black hair and dark eyes.

Sworn to before me this
11th day of February, 2008

                                              JOSEPH SANCHEZ #1155200

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HYUNDAI MOTOR FINANCE COMPANY,
                      Plaintiff(s),          CASE NO. 08 CIV. 1262
   -against-
                                         **AFFIDAVIT OF SERVICE**

FALCON MOTORS, INC., **ET AL.**,
                      Defendant(s).
------------------------------------------------------------X
STATE OF NEW YORK     )
                           s.s :
COUNTY OF NEW YORK  )

      JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
      That on the 8th day of February, 2008, at approximately 1:16 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION and VERIFIED COMPLAINT FOR REPLEVIN AND MONEY DAMAGES together with ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER; MOTION FOR ORDER TO SHOW CAUSE; AFFIDAVIT OF SAM FROBE and REPLEVIN BOND** upon Saeid Tehrani c/o Falcon Motors, Inc. at 744 North Bedford Road, Mount Kisco, New York 10549 by personally delivering and leaving the same with Arit Tehrani, (he identified himself to me as the son of Saeid Tehrani) who is a person of suitable age and discretion, at that address, the actual place of business of the defendant. At the time of service deponent asked whether the defendant is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and received a negative reply.
      Arit Tehrani is a brown-skinned male, approximately 40 years of age, is approximately 5 feet and 9 inches tall, weighs approximately 140 pounds, with short black hair and dark eyes.
      That on the 8th day of February, 2008 deponent served another copy of the foregoing upon the defendant by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the outside that it is from an attorney or concerns a legal matter, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

**Saeid Tehrani
c/o Falcon Motors, Inc.
744 North Bedford Road
Mount Kisco, New York 10549**

Sworn to before me this
11th day of February, 2008

                                                              JOSEPH SANCHEZ #1155200

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HYUNDAI MOTOR FINANCE COMPANY,
                    Plaintiff(s),                  CASE NO. 08 CIV. 1262

-against-

**AFFIDAVIT OF SERVICE**

FALCON MOTORS, INC., **ET AL.**,
                  Defendant(s).
------------------------------------------------------------X
STATE OF NEW YORK    )
                          s.s :
COUNTY OF NEW YORK  )

       JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
       That on the 8th day of February, 2008, at approximately 1:16 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION and VERIFIED COMPLAINT FOR REPLEVIN AND MONEY DAMAGES together with ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER; MOTION FOR ORDER TO SHOW CAUSE; AFFIDAVIT OF SAM FROBE and REPLEVIN BOND** upon Ariel Tehrani c/o Falcon Motors, Inc. at 744 North Bedford Road, Mount Kisco, New York 10549 by personally delivering and leaving the same with Arit Tehrani, who is a person of suitable age and discretion, at that address, the actual place of business of the defendant. At the time of service deponent asked whether the defendant is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and received a negative reply.
       Arit Tehrani is a brown-skinned male, approximately 40 years of age, is approximately 5 feet and 9 inches tall, weighs approximately 140 pounds, with short black hair and dark eyes.
       That on the 8th day of February, 2008 deponent served another copy of the foregoing upon the defendant by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the outside that it is from an attorney or concerns a legal matter, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

**Ariel Tehrani**
**c/o Falcon Motors, Inc.**
**744 North Bedford Road**
**Mount Kisco, New York 10549**

Sworn to before me this
11th day of February, 2008

                                                          JOSEPH SANCHEZ #1155200

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HYUNDAI MOTOR FINANCE COMPANY,
                            Plaintiff(s),                  CASE NO. 08 CIV. 1262

   -against-

                                                    **AFFIDAVIT OF SERVICE**

FALCON MOTORS, INC., **ET AL.**,
                            Defendant(s).
------------------------------------------------------------X
STATE OF NEW YORK    )
                            s.s :
COUNTY OF NEW YORK  )

      JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
      That on the 8th day of February, 2008, at approximately 1:16 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION and VERIFIED COMPLAINT FOR REPLEVIN AND MONEY DAMAGES together with ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER; MOTION FOR ORDER TO SHOW CAUSE; AFFIDAVIT OF SAM FROBE and REPLEVIN BOND** upon Edmond Geula c/o Falcon Motors, Inc. at 744 North Bedford Road, Mount Kisco, New York 10549 by personally delivering and leaving the same with Arit Tehrani, who is a person of suitable age and discretion, at that address, the actual place of business of the defendant. At the time of service deponent asked whether the defendant is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and received a negative reply.
      Arit Tehrani is a brown-skinned male, approximately 40 years of age, is approximately 5 feet and 9 inches tall, weighs approximately 140 pounds, with short black hair and dark eyes.
      That on the 11th day of February, 2008 deponent served another copy of the foregoing upon the defendant by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the outside that it is from an attorney or concerns a legal matter, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

**Edmond Geula
c/o Falcon Motors, Inc.
744 North Bedford Road
Mount Kisco, New York 10549**

Sworn to before me this
11th day of February, 2008

                                                                 JOSEPH SANCHEZ #1155200

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
HYUNDAI MOTOR FINANCE COMPANY,
                    Plaintiff(s),           CASE NO. 08 CIV. 1262

    -against-

                                 **AFFIDAVIT OF SERVICE**

FALCON MOTORS, INC., **ET AL.**,
                    Defendant(s).
----------------------------------------------------------X
STATE OF NEW YORK    )
                        s.s :
COUNTY OF NEW YORK  )

      JASON AGEE, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
      That on the 8th day of February, 2008, at approximately 3:05 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION and VERIFIED COMPLAINT FOR REPLEVIN AND MONEY DAMAGES together with ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER; MOTION FOR ORDER TO SHOW CAUSE; AFFIDAVIT OF SAM FROBE and REPLEVIN BOND** upon Executive Motors, Ltd. at 31-21 Queens Boulevard, Long Island City, New York by personally delivering and leaving the same with Kathrin Muyeri, Manager, who is authorized by appointment to accept service.
      Kathrin Muyeri is an olive-skinned Hispanic female, approximately 35 years of age, is approximately 5 feet and 6 inches tall, weighs approximately 127 pounds, with long black hair and dark eyes.

Sworn to before me this
11th day of February, 2008

                                                          JASON AGEE #1196790

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010