# EMOUNA & MIKHAIL, PC
ATTORNEYS AND COUNSELORS AT LAW
110 OLD COUNTRY ROAD, SUITE 3
MINEOLA, NEW YORK 11501
TEL (516) 877-9111
FAX (516) 877-9112

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Matin Emouna
Admitted in NY, NJ, CT

Rashel Mikhail
Admitted in NY & CA

April 2, 2008

Honorable Kenneth Karas
United States District Court
Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

**MEMO ENDORSED**

    Re: Hyundai Motor Finance Company v. Falcon Motors, Inc et. Al.
         Case Number: 08 –CIV-1262

Dear Honorable Sir:

    Please be advised that this firm represents FALCON MOTORS INC., SAEID TEHRANI, ARIEL TEHRANI, AND EXECUTIVE MOTORS LTD, in the aforementioned case.

    As per my conversation with your Chambers yesterday, April 1, 2008, please be advised that last week I was hospitalized and therefore fell behind schedule on many of my cases. At this juncture, it is respectfully requested that you adjourn the aforementioned matter for an additional two weeks from the date hereof. However, based on my last conversation with Matthew Jackson, Esq., the attorney for Hyundai Motor Finance Company, I was advised that his clients do not consent to any adjournment longer than Thursday, April 10, 2008.

    Notwithstanding, based on my conversations with Mr. Jackson over the past two months, I am confident the parties will make their best effort to settle this dispute amicably, expeditiously and cost effectively.

    Thank you in advance for all the time and effort you have devoted to this case. Should you require any additional information, please feel free to contact either Mr. Jackson or myself.

*The April 3 hearing is adjourned until April 15, 2008, at 2 pm. Defendants are directed to respond to Plaintiff's Motion for an order of seizure by April 9, 2008.*

Very truly yours,

Matin Emouna, Esq.

ME/mm
Deiley, Mooney & Glastetter
F. Matthew Jackson, Esq. Fax: 518-436-8273

SO ORDERED

KENNETH M. KARAS U.S.D.J.
4/2/08