# DEILY, MOONEY & GLASTETTER, LLP
### Attorneys at Law

* Jonathan D. Deily
* Martin A. Mooney
*† Mark D. Glastetter
* John Monterisi, Jr.
·° F. Matthew Jackson
◊ Joann Sternheimer

~ Not admitted in New York
* Admitted in Massachusetts
† Admitted in Kentucky
· Admitted in Washington D.C.
° Admitted in Pennsylvania
◊ Admitted in New Jersey
# Admitted in Rhode Island

8 Thurlow Terrace
Albany, New York 12203
Telephone (518) 436-0344
Facsimile (518) 436-8273
lawyers@deilylawfirm.com
http://www.deilylawfirm.com

Massachusetts/New Jersey Offices:
258 Harvard Street #331, Brookline, Massachusetts 02446
Tel: (617) 739-4224; Fax: (617) 232-2302
One Greentree Centre, 10000 Lincoln Drive East - Suite 201, Marlton, NJ 08053
Tel: (856) 988-5555; Fax: (856) 596-1923

°* Richard C. Maider
   Leigh A. Hoffman
°◊~ Linda S. Fossi
*  Bonnie S. Baker
*# Douglas J. Rose
°◊~ Brian E. Caine
   Scott T. Dillon

April 9, 2008

**VIA FACSIMILE and**
**FIRST CLASS MAIL**

Chambers Hon. Kenneth M. Karas
United States District Court
US Courthouse
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Re: Hyundai Motor Finance Company v. Falcon Motors, Inc.
    Case No. 08-CV-1262
    Our File No. L-HYUNDAI.08.00631

Dear Judge Karas:

Enclosed for your consideration, please find a proposed Stipulated Order Regarding Plaintiff's Motion for Prejudgment Order of Seizure along with a proposed Order of Seizure regarding the above referenced matter. These documents were specifically negotiated between the parties in light of Plaintiff's Affidavit of Default.

Should you have any questions or concerns with regard to the above, please feel free to contact me. Otherwise, provided that the above documents meet with your approval, kindly arrange for the execution and filing of said documents at your earliest possible convenience as time is of the essence. Upon execution of the above referenced Orders, the April 15, 2008 hearing may be cancelled.

With all due respect,

DEILY, MOONEY & GLASTETTER, LLP

*F. Matthew Jackson*
F. Matthew Jackson
mjackson@deilylawfirm.com

FMJ/lma
cc:   Matin Emouna, Esq. (via facsimile)

SO ORDERED
KENNETH M. KARAS U.S.D.J.
4/14/08