# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HYUNDAI MOTOR FINANCE COMPANY<br><br>Plaintiff<br><br>-AGAINST-<br><br>FALCON MOTORS INC., SAEID TEHRANI<br>ARIEL TEHRANI, EDMOND GUELA AND<br>EXECUTIVE MOTORS LTD.<br><br>DEFENDANTS | Hon. Kenneth M. Karas<br><br>Case Number:<br>08 –CIV-1262<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

You are hereby notified that I, MATIN EMOUNA, Esq., an attorney duly licensed to practice in the State of New York, appear for FALCON MOTORS INC., SAEID TEHRANI, ARIEL TEHRANI, AND EXECUTIVE MOTORS LTD, in the above entitled action. I further certify that I am admitted to practice in this Court and am in good standing.

Dated:   Mineola, New York
         February 12, 2008

_____
MATIN EMOUNA, ESQ. (me3933)
EMOUNA & MIKHAIL, PC
Attorney for Defendants
110 Old Country Rd., Suite 3
Mineola, New York 11501
Tel:  (516)877-9111
Fax: (516) 877-9112